BEATRICE SELKOWITZ, Respondent, *v.* LEO SELKOWITZ, Appellant.

Submitted January 3, 1949; decided January 13, 1949.

*Otho S. Bowling* for motion.

No one opposed.

Motion to dismiss appeal denied, without costs, upon the ground that no appeal is pending in this court.